■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MORENO, Appellant. [823 NYS2d 693]—Appeal by the defendant from an amended judgment of the County Court, Orange County (DeRosa, J.), rendered July 12, 2005, revoking a sentence of probation previously imposed by the same court upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of burglary in the third degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Schmidt, J.P., Ritter, Mastro, Fisher and Dillon, JJ., concur.